UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGEL PETERSON,

    Plaintiff,

vs.

ANTHONY STEWARD,
et al.,

    Defendants.
_____/

Case No. 17-cv-11733

HON. MARK A. GOLDSMITH

**ORDER**
**(1) ACCEPTING THE RECOMMENDATION CONTAINED IN THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION DATED JULY 16, 2018 (Dkt. 41), (2) GRANTING DEFENDANT TRINITY SERVICES GROUP, INC.'S MOTION TO DISMISS (Dkts. 15, 16), (3) GRANTING DEFENDANTS ARAMARK CORRECTIONAL SERVICES LLC AND RASHEED ANSARI'S MOTION TO DISMISS (Dkt. 21), AND (4) GRANTING DEFENDANTS ANTHONY STEWART, OFFICE OF COMMUNITY CORRECTIONS, AND HEIDI WASHINGTON'S MOTION TO DISMISS (Dkt. 23)**

This matter is presently before the Court on the Report and Recommendation (R&R) of Magistrate Judge Whalen issued on July 16, 2018 (Dkt. 41). In the R&R, the Magistrate Judge recommends granting Defendant Trinity Services Group, Inc.'s motion to dismiss (Dkts. 15, 16);[1] granting Defendants Aramark Correctional Services LLC and Rasheed Ansari's motion to dismiss (Dkt. 21); granting Defendants Anthony Stewart, Office of Community Corrections, and Heidi Washington's motion to dismiss (Dkt. 23); and dismissing the complaint with prejudice.

The parties have not filed objections to the R&R, and the time to do so has expired. See Fed. R. Civ. P. 72(b)(2). The failure to file a timely objection to an R&R constitutes a waiver of the right to further judicial review. See Thomas v. Arn, 474 U.S. 140, 150 (1985) ("It does not

---

[1] The motion is found at Dkt. 15 and the brief in support at Dkt. 16.

appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings."); Smith v. Detroit Fed'n of Teachers, 829 F.2d 1370, 1373-1374 (6th Cir. 1987) (failure to file objection to R&R "waived subsequent review of the matter"); Cephas v. Nash, 328 F.3d 98, 108 (2d Cir. 2003) ("As a rule, a party's failure to object to any purported error or omission in a magistrate judge's report waives further judicial review of the point."); Lardie v. Birkett, 221 F. Supp. 2d 806, 807 (E.D. Mich. 2002) ("As to the parts of the report and recommendation to which no party has objected, the Court need not conduct a review by any standard."). However, there is some authority that a district court is required to review the R&R for clear error. See Fed. R. Civ. P. 72 Advisory Committee Note Subdivision (b) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Therefore, the Court has reviewed the R&R for clear error. On the face of the record, the Court finds no clear error and accepts the recommendation.

Accordingly, Defendant Trinity Services Group, Inc.'s motion to dismiss (Dkts. 15, 16); Defendants Aramark Correctional Services LLC and Rasheed Ansari's motion to dismiss (Dkt. 21); and Defendants Anthony Stewart, Office of Community Corrections, and Heidi Washington's motion to dismiss (Dkt. 23) are granted, and the complaint is dismissed with prejudice.

SO ORDERED.

Dated: August 6, 2018       s/Mark A. Goldsmith
    Detroit, Michigan       MARK A. GOLDSMITH
                            United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 6, 2018.

                                                     s/Karri Sandusky
                                                     Case Manager