# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: March 03, 2021

Ms. Josephine A. DeLorenzo

Mr. Joseph Yung-Kuang Ho

Mr. Bradford S. Moyer

Ms. Angel Peterson

Ms. Rhonda Stowers

> Re: Case No. 20-1421, *Angel Peterson v. Anthony Steward, et al*
> Originating Case No. : 2:17-cv-11733

Dear Counsel and Ms. Peterson:

The Court issued the enclosed Order today in this case.

> Sincerely yours,
>
> s/Amy E. Gigliotti
> Case Management Specialist
> Direct Dial No. 513-564-7012

cc: Ms. Kinikia D. Essix

Enclosure

No mandate to issue

Case No. 20-1421

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

ANGEL PETERSON

    Plaintiff - Appellant

v.

ANTHONY STEWART; OFFICE OF COMMUNITY CORRECTIONS; ARAMARK CORRECTIONAL SERVICES, LLC; TRINITY SERVICES GROUP, INC.; HEIDI E. WASHINGTON; RASHEED ANSARI

    Defendants - Appellees

  Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant has failed to satisfy the following obligation:

    The proper fee was not paid by February 3, 2021.

  It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

                                    **ENTERED PURSUANT TO RULE 45(a),**
                                    **RULES OF THE SIXTH CIRCUIT**
                                    Deborah S. Hunt, Clerk

Issued: March 03, 2021